# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO ROMAN-GARCIA,<br><br>Defendant. | Case No. 2:19-MJ-02327<br><br>ORDER OF DETENTION |

I.

On June 3, 2019, Defendant Rodrigo Roman-Garcia ("Defendant") made his initial appearance in this district on the Complaint filed in the United States District Court for the Southern District of California, Case No. 2:19-MJ-02327. The Court appointed Deputy Federal Public Defender ("DFPD") Adithya Mani to represent Defendant.

The Court conducted a detention hearing based on a motion by the Government pursuant to 18 U.S.C. § 3142(e) in a case alleging that there is no condition or combination of conditions that reasonably will assure (a) the

///

appearance of the defendant as required, and (b) as argued on the record, the safety or any other person and the community.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions reasonably will assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)].

Defendant submitted on the report and recommendation of the U.S. Pretrial Services Agency.

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- No bail resources;
- Unverified background information;
- Unverified employment;
- Unlawful presence in the United States;
- Failure to appear in May 2019 hearing in current matter.

As to danger to the community:
- Prior criminal history, including violent crimes and weapons;
- Possible drug abuse.

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime

of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

V.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant is remanded to the custody of the U.S. Marshal for forthwith removal to the Southern District of California. Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i).]

Dated: June 3, 2019        \_\_\_\_/s/_____
                           HON. MARIA A. AUDERO
                           UNITED STATES MAGISTRATE JUDGE